**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WARREN HALLER, AND SHAHZAD NAEEM, *individually, and on behalf of others similarly situated,* <br><br> Plaintiffs, <br><br> – against – <br><br> PANZNER DEMO AND ABATEMENT CORP., CHEROKEE CONTRACTING INC., TODD PANZNER, AND JOHN CIPOLLA, <br><br> Defendants. | Case No.: 2:25-cv-06260 (JMA) (ARL) <br><br> **OFFER OF JUDGMENT MADE PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants **CHEROKEE CONTRACTING INC.**, and **JOHN CIPOLLA** ("Defendants"), offer to allow Plaintiffs **WARREN HALLER**, and **SHAHZAD NAEEM** ("Plaintiffs") to enter judgment against them, jointly and severally, in the amount of Thirty-Nine Thousand Dollars and Zero Cents ($39,000.00), inclusive of attorneys' fees and costs. This shall be the total amount to be paid by Defendants, on account of any liability against Defendants **CHEROKEE CONTRACTING INC.**, and **JOHN CIPOLLA** claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiffs.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this offer is not admissible except in a proceeding to determine costs. This offer is not to be construed as an admission that Defendants **CHEROKEE CONTRACTING INC.**, and **JOHN CIPOLLA** are liable in this action or that Plaintiffs have suffered any damages. Additionally, the parties expressly agree to waive any right to pursue any further costs or claims, including, but not limited to, attorneys' fees relating to Plaintiffs' claims.

To accept this offer, Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made. Written notice of acceptance must be made in writing to Eric Su, Esq. as attorneys for Defendants, Sills Cummis & Gross, P.C., 101 Park Avenue 28th Floor, New York, NY 10178. If this offer is not accepted in writing within fourteen (14) days after it is served, it will be deemed withdrawn.

Dated: Bohemia, New York
      January 13, 2026

**SILLS CUMMIS & GROSS, P.C.**
*Attorneys for Defendants Cherokee Contracting Inc., and John Cipolla*

By: _____
Eric Su, Esq.
101 Park Avenue, 28th Floor
New York, NY 10178
Tel. (212) 500-1587
Fax. (212) 643-6500
esu@sillscummis.com